NORMAN E. CAISON,

     Petitioner,

v.

MICHAEL D. CREWS, Secretary, FLORIDA DEPARTMENT OF CORRECTIONS,

     Respondent.

_____/

IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-0510

Opinion filed August 13, 2014.

Petition for Writ of Certiorari – Original Jurisdiction.

Norman E. Caison, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Carrie McNamara, Assistant Attorney General, and Jennifer Parker, General Counsel of Florida Dep't of Corrections, Tallahassee, for Respondent.

PER CURIAM.

     DENIED.

LEWIS, C.J., BENTON, and RAY, JJ., CONCUR.